# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD NASH,<br><br>          Plaintiff,<br>vs.<br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA, et al.,<br><br>          Defendant. | CASE NO. 08cv893 WQH (RBB)<br><br>ORDER |

HAYES, Judge:

Having reviewed the Parties' Joint Motion, and for good cause given, the following dates are approved:

  1.  The October 26, 2009 Pretrial Conference is continued to **Monday February 1, 2010**.

  2.  The October 12, 2009 date for filing of Memorandum of Contentions of Fact and Law is continued to **Wednesday December 30, 2009.**

  3.  The October 21, 2009 date for Lodging the Proposed Joint Pretrial Order is continued to **Friday January 15, 2010.**

IT IS SO ORDERED.

DATED: October 9, 2009

                  *William Q. Hayes*
                 **WILLIAM Q. HAYES**
                 United States District Judge